[No. 16417-9-III.    Division Three.    July 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS LAUPER, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 96-1-00120-5, Ted W. Small, J., entered January 28, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 16523-0-III.    Division Three.    July 30, 1998.]

FRANCISCO CHAVEZ, *as Personal Representative, Appellant*, v. LUIS P. RAMIREZ, *Defendant*, THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 95-2-00086-3, Richard W. Miller, J., entered March 18, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 20093-7-II.    Division Two.    July 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA MARIE NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00600-0, Randolph Furman, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, J., and Penoyar, J. Pro Tem.

[No. 20765-6-II.    Division Two.    July 31, 1998.]

RICHARD GUTHRIE, *Appellant*, v. THE CITY OF MOSSYROCK, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-2-00672-8, David R. Draper, J., entered April 19, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.